UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNY BEANE,

    Plaintiff,

v.

                                              Case No. 13-cv-648-JPG-SCW

TERESA FLERI,

    Defendant.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: July 22, 2013**        NANCY J. ROSENSTENGEL, Clerk of Court

                                  **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**